UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| COMMONWEALTH INSTITUTIONAL SECURITIES | ) ) | CASE NO.: 95-33615 |
| Debtor(s) | ) | |
| | ) | |
| SEILLER & HANDMAKER | ) | AP NO.:   06-3012 |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| R. GENE SMITH ESTATE OF R. GENE SMITH | ) ) | |
| | ) | |
| Defendant(s) | ) | |

## ORDER

Pursuant to the Memorandum-Opinion entered this date and incorporated herein by reference,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss of Defendants R. Gene Smith, Inc. and the Estate of R. Gene Smith, be and hereby is, **DENIED.**